In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00257-CV
_____


IN THE INTEREST OF M.D.B. III

_____

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-227,217-A**

_____

**MEMORANDUM OPINION**

On August 3, 2018, appellant filed a statement of inability to afford payment of court costs, and this Court abated the appeal and remanded the cause to the trial court for a determination of appellant's ability to pay court costs. The trial judge signed an order in which he found that appellant is not indigent. Appellant subsequently filed a motion with this Court alleging his financial circumstances had materially changed and seeking reconsideration of the issue of his indigency. This Court denied appellant's motion, and on February 8, 2019, the Court notified the

1

parties that the filing fee had not been paid and warned that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal.

Appellant has not shown that he is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no reasonable explanation for the failure to pay the filing fee for the appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on March 6, 2019
Opinion Delivered March 7, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.

2